SAMUEL KRIDEL et al., as Executors of ABRAHAM M. KRIDEL, Deceased, Respondents, *v.* EMANUEL W. BLOOMINGDALE, Appellant.

*Kridel* v. *Bloomingdale*, 149 App. Div. 605, affirmed.
(Argued April 1, 1913; decided April 15, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

March 8, 1912, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action on contract.

*Daniel P. Hays* and *B. B. Gattell* for appellant.

*Barnett L. Hollander* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.